TRUSTEES OF ROWAN COLLEGE v.
   HAMMOND ASSOCIATES

No. 376PA84.

Case below: 68 N.C. App. 565.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 October 1984.

WACHOVIA BANK v. GUTHRIE

No. 230P84.

Case below: 67 N.C. App. 622.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 2 October 1984.

WILDCATT v. SMITH

No. 407PA84.

Case below: 69 N.C. App. 1.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 2 October 1984. Motion by defendant to dismiss appeal for lack of substantial constitutional question denied 2 October 1984.

WILSON v. LUMBERMENS

No. 410P84.

Case below: 69 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984. Notice of appeal by defendant dismissed 2 October 1984.

WILSON v. LUMBERMENS

No. 411P84.

Case below: 69 N.C. App. 178.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 October 1984.